AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DENISE MARIE THOMAS,

       Plaintiff,

         v.

UNITED STATES,

       Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-0073-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is dismissed without prejudice pursuant to the Order of Dismissal entered on May 10, 2010, Ct. Rec. 8.

| | |
|---|---|
| May 10, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |